

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00545-CV

**IN RE RYDER INTEGRATED LOGISTICS, INC.**
and Ryder Integrated Logistics of Texas, LLC

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Catherine Stone, Chief Justice
                   Karen Angelini, Justice
                   Marialyn Barnard, Justice

Delivered and Filed:  January 15, 2014

PETITION FOR WRIT OF MANDAMUS DISMISSED WITHOUT PREJUDICE

Relators filed this petition for writ of mandamus on August 12, 2013. On September 27, 2013, the real parties in interest filed a motion to dismiss, or alternatively to abate, the original mandamus proceeding while the parties considered whether to seek further review of an interlocutory appeal in the Texas Supreme Court. This court granted a temporary abatement on October 4, and ordered relators to provide a status report no later than December 6, 2013.

Relators have advised that a petition for review is currently pending in the Texas Supreme Court and, accordingly, the automatic stay of all proceedings in the trial court will remain in effect while that proceeding is pending. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(b) (West Supp.

---

[1] This proceeding arises out of Cause No. 2010-CI-03779, styled *Denise Molina and George Duzane, Co-conservators of Rafael "Ralph" Molina and Rafael "Ralph" Molina v. Ryder Integrated Logistics, Inc. et al.*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.

2012). This original mandamus proceeding is, therefore, dismissed without prejudice to refiling upon resumption of the underlying proceeding in the trial court.


PER CURIAM